UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-829(JMR/FLN)

| | | |
|---|---|---|
| Renee Karger | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| John Potter, in his official capacity as Postmaster General of the United States | ) | |

Defendant moves to dismiss and for summary judgment. The Court heard oral argument on July 19, 2002.

Based on the files, records, and proceedings herein, defendant's motion [Docket No. 11] is denied.

IT IS SO ORDERED.

Dated: July 24, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

26 2002