AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Renee R. Karger

V.

John E. Potter, Postmaster General

## JUDGMENT IN A CIVIL CASE

Case Number: 01-829JMR/FLN

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment is entered on behalf of defendant and against plaintiff.

January 30, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Denise La Fond, Deputy Clerk

Modified:01/09/03