UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-829(JMR/FLN)

| | | |
|---|---|---|
| Renee R. Karger, f/k/a<br>Renee R. Hutchings<br><br>v.<br><br>John E. Potter,<br>Postmaster General | ) | ORDER |

This matter was tried to a jury, which reached a verdict on January 30, 2003. Judgment was entered in favor of defendant on January 30, 2003.

Plaintiff has since moved for a new trial, pursuant to Rule 59 of the Federal Rules of Civil Procedure, citing objections to several evidentiary rulings made by this Court.

Based on the files, records, and proceedings herein, IT IS ORDERED that:

Plaintiff's motion [Docket No. ____] is denied.

Dated: February 19th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED FEB 24 2003
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________